IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br> vs.                        )<br>                            )<br>                            )<br> JERMAINE RUCKER            )<br>                            )<br>            Defendant.      ) | CASE NO. 8:03CR442<br><br>JUDGMENT |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the government and against the defendant. The defendant's "Motion to Vacate, Set Aside and Correct Sentence" pursuant to 28 U.S.C. § 2255 (Filing No. 40) is summarily dismissed.

DATED this 7th day of November, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge